NIELS POULSON et al., Appellants, *v.* JOSE F. DE NAVARRO et al., Respondents.

*Poulson* v. *de Navarro*, 57 App. Div. 623, affirmed.
(Argued June 16, 1902; decided June 27, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

January 29, 1901, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial.

*James C. Bergen* for appellants.

*George A. Strong* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and VANN, JJ. Taking no part: CULLEN, J.